The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

SEAGEN INC.,

    Petitioner,

v.

DAIICHI SANKYO CO., LTD.,

    Respondent.

Case No. 2:22-cv-01613-TL

**PRAECIPE TO EXHIBIT 2 TO THE DECLARATION OF MATTHEW A. CHIVVIS**

**PRAECIPE TO EXHIBIT 2 OF CHIVVIS DECLARATION**
**Case No. 2:22-CV-01613-TL**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to LCR 7m, Petitioner Seagen Inc. respectfully requests that the Clerk replace Exhibit 2 (Document 12-1) to the Declaration of Matthew A. Chivvis in Support of Seagen Inc.'s Memorandum in Support of Petition to Vacate Arbitration Award in the above-captioned matter.

Dated: December 6, 2022

/s/ Christopher B. Durbin
Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Michael A. Jacobs (*pro hac vice* pending)
Matthew A. Chivvis (*pro hac vice* pending)
Matthew I. Kreeger (*pro hac vice* pending)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: MJacobs@mofo.com
       MChivvis@mofo.com
       MKreeger@mofo.com

Evelyn L. Chang (*pro hac vice* pending)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Tel.: (650) 813-5600
Fax: (650) 494-0792
Email: EvelynChang@mofo.com

Attorneys for Petitioner SEAGEN INC.

278605726 v1

**PRAECIPE TO EXHIBIT 2 OF CHIVVIS DECLARATION**
Case No.2:22-CV-01613-TL

1.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700