THE HONORABLE JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SEAGEN INC.,

    Petitioner,

v.

DAIICHI SANKYO CO., LTD.,

    Respondent.

No. 2:22-cv-01613-TL

**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**

JOINT STIPULATION & [PROP.] ORDER
RE BRIEFING SCHEDULE – Page 1
No. 2:22-cv-01613-TL

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Respondent Daiichi Sankyo Company, Limited ("DSC") and Petitioner Seagen Inc. ("Seagen") (collectively, the "Parties") hereby jointly stipulate to set the Noting Date and briefing schedule regarding Seagen's Petition to Vacate Arbitration Award (D.I. 1) and Seagen's Memorandum in Support of Petition to Vacate Arbitration Award (D.I. 11). The Parties respectfully propose the Noting Date and briefing schedule as follows:

1. Seagen's Petition to Vacate Arbitration Award (D.I. 1) shall be noted on the Court's calendar for February 10, 2023.

2. By Thursday, January 19, 2023, Respondent DSC shall submit its response to the Petition to Vacate Arbitration Award (Dkt. 1) and the Memorandum in Support of Petition to Vacate Arbitration Award (Dkt. 11).

3. By Friday, February 10, 2023, Petitioner Seagen shall submit any reply to Respondent DSC's response.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated this 8th day of December, 2022.

_____
Tana Lin
United States District Judge

JOINT STIPULATION & [PROP.] ORDER
RE BRIEFING SCHEDULE – Page 2
No. 2:22-cv-01613-TL

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*Presented by*:

By: */s/ Christopher B. Durbin*
    Christopher B. Durbin
    cdurbin@cooley.com
    WSBA No. 41159
    COOLEY LLP
    1700 Seventh Avenue, Suite 1900
    Seattle, Washington 98101-1355
    Tel.: (206) 452-8700
    Fax: (206) 452-8800

    Michael A. Jacobs
    MJacobs@mofo.com
    Matthew A. Chivvis
    MChivvis@mofo.com
    Matthew I. Kreeger
    MKreeger@mofo.com
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, California 94105
    Tel: (415) 268-7000
    Fax: (415) 268-7522

    Evelyn L. Chang
    EvelynChang@mofo.com
    MORRISON & FOERSTER LLP
    755 Page Mill Road
    Palo Alto, California 94304-1018
    Tel.: (650) 813-5600
    Fax: (650) 494-0792

    *Attorneys for Petitioner Seagen Inc.*

*/s/ Steven W. Fogg*
Steven W. Fogg
WSBA No. 23528
sfogg@corrcronin.com
Jack M. Lovejoy
WSBA No. 36962
jlovejoy@corrcronin.com
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900

OF COUNSEL:

Preston K. Ratliff II
prestonratliff@paulhastings.com
Dana Weir
danaweir@paulhastings.com
Amanda L. Pober
amandapober@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000

Joseph R. Profaizer
joeprofaizer@paulhastings.com
Igor V. Timofeyev
igortimofeyev@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1700

*Attorneys for Respondent Daiichi Sankyo Company, Limited*

JOINT STIPULATION & [PROP.] ORDER
RE BRIEFING SCHEDULE – Page 3
No. 2:22-cv-01613-TL

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900