THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SEAGEN INC., | Case No. 2:22-cv-01613-JLR |
| Petitioner, | |
| v. | **JOINT STATUS REPORT** |
| DAIICHI SANKYO CO., LTD., | |
| Respondent. | |

JOINT STATUS REPORT
Case No. 2:22-cv-01613-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1    Pursuant to the Court's Order of March 4, 2023 (Dkt. No. 70, at 11-12), Petitioner Seagen

2    Inc. ("Seagen") and Respondent Daiichi Sankyo Company, Limited ("DSC") jointly submit this

3    Joint Status Report.

4    The Court's Order of March 4, 2023 (Dkt. No. 70) stayed this case until the Arbitrator

5    delivers a final award in the underlying arbitration (American Arbitration Association Case

6    No. 01-19-0004-0115).  The underlying arbitration proceeding remains pending.  The only

7    remaining issue to be resolved in the arbitration is DSC's request for an award of its attorneys'

8    fees and costs pursuant to Section 19.3.4 of the Parties' Collaboration Agreement.  DSC made an

9    initial submission requesting its fees and costs on September 14, 2022 followed by other

10   submissions, including a submission on March 17, 2023.  Currently, Seagen has a responsive

11   submission on DSC's request for fees and costs due on May 23, 2023, and DSC has a reply due

12   on June 20, 2023.

13

14   Dated: May 3, 2023

15   */s/ Jack M. Lovejoy*        [with permission]        */s/Christopher B. Durbin*

16   Jack M. Lovejoy                                Christopher B. Durbin (WSBA No. 41159)
     WSBA No. 36962                                 COOLEY LLP

17   jlovejoy@corrcronin.com                        1700 Seventh Avenue, Suite 1900
     Steven W. Fogg                                 Seattle, WA 98101-1355

18   WSBA No. 23528                                 Tel.: (206) 452-8700
     sfogg@corrcronin.com                          Fax: (206) 452-8800

19   CORR CRONIN LLP                                Email: cdurbin@cooley.com

20   1015 Second Avenue, Floor 10
     Seattle, Washington 98104-1001                Michael A. Jacobs (*pro hac vice*)

21   Telephone: (206) 625-8600                      Matthew A. Chivvis (*pro hac vice*)
     Fax: (206) 625-0900                            Matthew I. Kreeger (*pro hac vice*)

22                                                  MORRISON & FOERSTER LLP
                                                    425 Market Street

23   OF COUNSEL:                                    San Francisco, California 94105-2482
     Preston K. Ratliff II                          Tel.: (415) 268-7000

24   prestonratliff@paulhastings.com                Fax: (415) 268-7522
     Dana Weir                                      Email: MJacobs@mofo.com

25   danaweir@paulhastings.com                          MChivvis@mofo.com
     Amanda L. Pober                                    MKreeger@mofo.com

26   amandapober@paulhastings.com
     PAUL HASTINGS LLP                              Evelyn L. Chang (*pro hac vice*)

27   200 Park Avenue                                MORRISON & FOERSTER LLP
     New York, New York 10166                       755 Page Mill Road

28   Telephone: (212) 318-6000                      Palo Alto, California 94304-1018
                                                    Tel.: (650) 813-5600
                                                    Fax: (650) 494-0792

**JOINT STATUS REPORT**                     2                    COOLEY LLP
**Case No. 2:22-cv-01613-JLR**                                  1700 SEVENTH AVE., SUITE 1900
                                                                SEATTLE, WA 98101-1355
                                                                (206) 452-8700

Joseph R. Profaizer
joeprofaizer@paulhastings.com
Igor V. Timofeyev
igortimofeyev@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036

*Attorneys for Respondent*

Email: EvelynChang@mofo.com

Hui Zhao (*pro hac vice*)
MORRISON & FOERSTER LLP
701 Brazos Street Suite 1100
Austin, Texas 78701-3232
Tel.: (512) 767-0324
Fax: (650) 494-0792
Email: HZhao@mofo.com

*Attorneys for Petitioner*

JOINT STATUS REPORT
Case No. 2:22-cv-01613-JLR

3

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700