THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SEAGEN INC., <br><br> Petitioner, <br><br> v. <br><br> DAIICHI SANKYO CO., LTD., <br><br> Respondent. | Case No. 2:22-cv-01613-JLR <br><br> **JOINT STATUS REPORT** |

**JOINT STATUS REPORT**
**Case No. 2:22-cv-01613-JLR**

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Pursuant to the Court's Order of March 4, 2023 (Dkt. No. 70, at 11-12), Petitioner Seagen Inc. ("Seagen") and Respondent Daiichi Sankyo Company, Limited ("DSC") submit this Joint Status Report. There have been no material developments to report to the Court since the previous joint status report filed on June 30, 2023 (Dkt. No. 73).

The Court's Order of March 4, 2023 (Dkt. No. 70) stayed this case until the Arbitrator delivers a final award in the underlying arbitration (American Arbitration Association Case No. 01-19-0004-0115). The underlying arbitration proceeding remains pending. The only remaining issue to be resolved in the arbitration is DSC's request for an award of its attorneys' fees and costs pursuant to Section 19.3.4 of the Parties' Collaboration Agreement. DSC made an initial submission requesting its fees and costs on September 14, 2022 followed by other submissions, including a submission on March 17, 2023. Seagen made a responsive submission on DSC's request for fees and costs on May 23, 2023. DSC submitted a reply on June 20, 2023. The Arbitrator has requested oral argument for DSC's fees and costs request, which the parties expect to occur on September 15, 2023.

Dated: August 30, 2023

 /s/Christopher B. Durbin
Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Michael A. Jacobs (*pro hac vice*)
Matthew A. Chivvis (*pro hac vice*)
Matthew I. Kreeger (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: MJacobs@mofo.com
          MChivvis@mofo.com
          MKreeger@mofo.com

Evelyn L. Chang (*pro hac vice*)
MORRISON & FOERSTER LLP

/s/Jack M. Lovejoy      [with permission]
Jack M. Lovejoy (WSBA No. 36962)
jlovejoy@corrcronin.com
Steven W. Fogg (WSBA No. 23528)
sfogg@corrcronin.com
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Fax: (206) 625-0900

OF COUNSEL:
Preston K. Ratliff II
prestonratliff@paulhastings.com
Dana Weir
danaweir@paulhastings.com
Amanda L. Pober
amandapober@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue

JOINT STATUS REPORT
Case No. 2:22-cv-01613-JLR

2

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

| | |
|---|---|
| 755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Tel.: (650) 813-5600<br>Fax: (650) 494-0792<br>Email: EvelynChang@mofo.com<br><br>Hui Zhao (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>701 Brazos Street Suite 1100<br>Austin, Texas 78701-3232<br>Tel.: (512) 767-0324<br>Fax: (650) 494-0792<br>Email: HZhao@mofo.com<br><br>*Attorneys for Petitioner* | New York, New York 10166<br>Telephone: (212) 318-6000<br><br>Joseph R. Profaizer<br>joeprofaizer@paulhastings.com<br>Igor V. Timofeyev<br>igortimofeyev@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>   Washington, DC 20036<br><br>*Attorneys for Respondent* |

**JOINT STATUS REPORT**
**Case No. 2:22-cv-01613-JLR**

3

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700