THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SEAGEN INC., | Case No. 2:22-cv-01613-JLR |
| Petitioner, | |
| v. | **JOINT STATUS REPORT** |
| DAIICHI SANKYO CO., LTD., | |
| Respondent. | |

JOINT STATUS REPORT
Case No. 2:22-cv-01613-JLR

1

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1          Pursuant to the Court's Order of March 4, 2023 (Dkt. No. 70, at 11-12), Petitioner Seagen

2     Inc. ("Seagen") and Respondent Daiichi Sankyo Company, Limited ("DSC") submit this Joint

3     Status Report to report that the Arbitrator has delivered a Final Award to the Parties.

4          As background, the Court's Order of March 4, 2023 (Dkt. No. 70) stayed this case until

5     the Arbitrator (Chief Judge Garrett E. Brown, Jr. (Ret.)) delivers a final award in the underlying

6     arbitration (American Arbitration Association Case No. 01-19-0004-0115).  The Court also

7     ordered the parties to "file a joint status report informing the court of the [delivery of a final

8     award] no more than seven days after it occurs." (*Id.* at 12).

9          On November 17, 2023, the International Centre for Dispute Resolution transmitted the

10    Arbitrator's Final Award, dated November 14, 2023, to Seagen and DSC.  The Final Award is

11    attached as Exhibit A to this Joint Status Report.  The Final Award "fully adopts and integrates by

12    reference the Interim Award," which was rendered on August 11, 2022.  Ex. A at 20.  (The

13    Interim Award was originally filed with this Court as Exhibit 4 to Dkt. No. 12, and an unsealed

14    version is available at Dkt. No. 57 at 1–69.)  The Interim Award was "'fully and finally

15    dispositive with respect to all factual issues, legal and equitable arguments, and defenses raised in

16    conjunction with the Parties' claims and requests for relief, with the sole exception of the Parties'

17    respective requests for an award of, inter alia, attorneys' fees pursuant to Section 19.3.4 [of the

18    Collaboration Agreement].'"  Ex. A at 20 (quoting Interim Award at 20) (emphasis in original).

19    The Final Award "makes no substantive changes to the Interim Award, with the sole exception of

20    addressing and resolving DSC's request for an award of attorneys' fees and costs pursuant to

21    Section 19.3.4 of the Collaboration Agreement." *Id.*  In the Final Award, the Arbitrator awarded

22    DSC the amount of $43,710,217.20 towards its reasonable attorneys' fees plus $1,856,915.10 and

23    JPY169,076 towards its reasonable costs in the Arbitration.  *Id.* at 66.  The Final Award therefore

24    "fully resolves and is in full settlement of all claims and requests for relief submitted to the

25    Arbitrator in this arbitration." *Id.* at 67.

26

27

28

JOINT STATUS REPORT                                    2                          COOLEY LLP
Case No. 2:22-cv-01613-JLR                                                1700 SEVENTH AVE., SUITE 1900
                                                                          SEATTLE, WA 98101-1355
                                                                          (206) 452-8700

1    Dated: November 27, 2023

2

3    _/s/Steven W. Fogg_    [with permission]       _/s/Christopher B. Durbin_
     Steven W. Fogg (WSBA No. 23528)              Christopher B. Durbin (WSBA No. 41159)
4    sfogg@corrcronin.com                          COOLEY LLP
     Jack M. Lovejoy (WSBA No. 36962)             1700 Seventh Avenue, Suite 1900
5    jlovejoy@corrcronin.com                       Seattle, WA 98101-1355
     CORR CRONIN LLP                               Tel.: (206) 452-8700
6    1015 Second Avenue, Floor 10                  Fax: (206) 452-8800
     Seattle, Washington 98104-1001                Email: cdurbin@cooley.com
7    Telephone: (206) 625-8600
     Fax: (206) 625-0900                           Michael A. Jacobs (*pro hac vice*)
8                                                  Matthew A. Chivvis (*pro hac vice*)
                                                   Matthew I. Kreeger (*pro hac vice*)
9    OF COUNSEL:                                   MORRISON & FOERSTER LLP
     Preston K. Ratliff II                         425 Market Street
10   prestonratliff@paulhastings.com               San Francisco, California 94105-2482
     Dana Weir                                     Tel.: (415) 268-7000
11   danaweir@paulhastings.com                     Fax: (415) 268-7522
     Amanda L. Pober                               Email: MJacobs@mofo.com
12   amandapober@paulhastings.com                         MChivvis@mofo.com
     PAUL HASTINGS LLP                                    MKreeger@mofo.com
13   200 Park Avenue
     New York, New York 10166                      Evelyn L. Chang (*pro hac vice*)
14   Telephone: (212) 318-6000                     MORRISON & FOERSTER LLP
                                                   755 Page Mill Road
15                                                 Palo Alto, California 94304-1018
     Joseph R. Profaizer                           Tel.: (650) 813-5600
16   joeprofaizer@paulhastings.com                 Fax: (650) 494-0792
     Igor V. Timofeyev                             Email: EvelynChang@mofo.com
17   igortimofeyev@paulhastings.com
     PAUL HASTINGS LLP                             Hui Zhao (*pro hac vice*)
18   2050 M Street NW                              MORRISON & FOERSTER LLP
     Washington, DC 20036                          701 Brazos Street Suite 1100
19                                                 Austin, Texas 78701-3232
                                                   Tel.: (512) 767-0324
20                                                 Fax: (650) 494-0792
                                                   Email: HZhao@mofo.com

21         *Attorneys for Respondent*                    *Attorneys for Petitioner*

22

23

24

25

26

27

28