THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAGEN INC.,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>DAIICHI SANKYO CO., LTD.,<br><br>　　　　　　Respondent. | No. 2:22-cv-01613-JLR<br><br>**JOINT RESPONSE TO COURT'S DECEMBER 5, 2023 ORDER** |

　　Petitioner Seagen Inc. ("Seagen") and Respondent Daiichi Sankyo Company, Limited ("DSC") (collectively, the "Parties") jointly note that the Court's December 5, 2023 Order (Dkt. 83) requires the Parties to meet and confer and file a joint stipulation and proposed order regarding a briefing schedule by December 13, 2023.

　　The Parties are continuing to confer and will file by the end of the day today, December 14, 2023.

JOINT RESPONSE TO COURT'S DECEMBER 5, 2023
ORDER – PAGE 1
No. 2:22-cv-01613-JLR

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*Presented by:*

| | |
|---|---|
| By: *s/ Christopher B. Durbin* (email auth.)<br>Christopher B. Durbin<br>cdurbin@cooley.com<br>WSBA No. 41159<br>COOLEY LLP<br>1700 Seventh Avenue, Suite 1900<br>Seattle, Washington 98101-1355<br>Tel.: (206) 452-8700<br>Fax: (206) 452-8800<br><br>Michael A. Jacobs (*pro hac vice*)<br>MJacobs@mofo.com<br>Matthew A. Chivvis (*pro hac vice*)<br>MChivvis@mofo.com<br>Matthew I. Kreeger (*pro hac vice*)<br>MKreeger@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br><br>Evelyn L. Chang (*pro hac vice*)<br>EvelynChang@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Tel.: (650) 813-5600<br>Fax: (650) 494-0792<br><br>Hui Zhao (*pro hac vice*)<br>HZhao@mofo.com<br>MORRISON & FOERSTER LLP<br>701 Brazos Street, Suite 1100<br>Austin, Texas 78701-3232<br>Tel.: (512) 767-0324<br>Fax: (650) 494-0792<br><br>*Attorneys for Petitioner Seagen Inc.* | *s/ Steven W. Fogg*<br>Steven W. Fogg<br>WSBA No. 23528<br>sfogg@corrcronin.com<br>Jack M. Lovejoy<br>WSBA No. 36962<br>jlovejoy@corrcronin.com<br>CORR CRONIN LLP<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104-1001<br>Tel.: (206) 625-8600<br>Fax: (206) 625-0900<br><br><br>OF COUNSEL:<br><br>Preston K. Ratliff II<br>prestonratliff@paulhastings.com<br>Dana Weir<br>danaweir@paulhastings.com<br>Amanda L. Pober<br>amandapober@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Tel.: (212) 318-6000<br>Joseph R. Profaizer<br>joeprofaizer@paulhastings.com<br>Igor V. Timofeyev<br>igortimofeyev@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC 20036<br>Tel.: (202) 551-1700<br><br>*Attorneys for Respondent*<br>*Daiichi Sankyo Company, Limited* |

JOINT RESPONSE TO COURT'S DECEMBER 5, 2023
ORDER – PAGE 2
No. 2:22-CV-01613-JLR

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900