THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

| | | |
|---|---|---|
| SEAGEN INC., | | No. 2:22-cv-01613-JLR |
| | Petitioner, | |
| v. | | **SEAGEN'S RESPONSE TO COURT'S DECEMBER 5, 2023 ORDER** |
| DAIICHI SANKYO CO., LTD., | | |
| | Respondent. | |

12

13

14

15

16         Pursuant to the Court's December 5, 2023 Order (Dkt. 83), Petitioner Seagen Inc.

17   ("Seagen") and Respondent Daiichi Sankyo Company, Limited ("DSC") met and conferred

18   regarding a briefing schedule for Seagen's second petition to vacate the award entered in the

19   arbitration between the parties (Dkt. 78).

20         During the meet and confer process, DSC indicated it planned to file a motion to confirm

21   the final arbitration award and sought a schedule where both the motion to vacate and the motion

22   to confirm would be briefed together.  Given DSC's plans to file a motion to confirm in this case,

23   Seagen asked DSC to agree that it would not contest that it has been served with the petition to

24   vacate, thus mooting Seagen's pending service motion.  (Dkt. 84.)  DSC would not agree.  DSC

25   also insisted that its proposed schedule would permit DSC in its last brief to address issues

**SEAGEN INC.'S RESPONSE TO**
**Court's December 5, 2023 Order**
**Case No. 2:22-cv-01613-JLR**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

relating to the motion to vacate, thus giving it an unauthorized surreply.  As a result, the parties

could not agree.

Because DSC has yet to file a motion to confirm, Seagen now proposes a schedule only

for the motion to vacate, which is attached hereto as Exhibit A.  If DSC files for confirmation,

Seagen is willing to meet and confer on a schedule for that motion as the Court directs.

*Presented by:*

By: *s/ Christopher B. Durbin* (email auth.)
Christopher B. Durbin
cdurbin@cooley.com
WSBA No. 41159
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800

Michael A. Jacobs (*pro hac vice*)
MJacobs@mofo.com
Matthew A. Chivvis (*pro hac vice*)
MChivvis@mofo.com
Matthew I. Kreeger (*pro hac vice*)
MKreeger@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

Evelyn L. Chang (*pro hac vice*)
EvelynChang@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Tel.: (650) 813-5600
Fax: (650) 494-0792

Hui Zhao (*pro hac vice*)
HZhao@mofo.com
MORRISON & FOERSTER LLP
701 Brazos Street, Suite 1100

**SEAGEN INC.'S RESPONSE TO**
**Court's December 5, 2023 Order**
**Case No. 2:22-cv-01613-JLR**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1

Austin, Texas 78701-3232
Tel.: (512) 767-0324
Fax: (650) 494-0792

2

3

*Attorneys for Petitioner Seagen Inc.*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**SEAGEN INC.'S RESPONSE TO**
**Court's December 5, 2023 Order**
**Case No. 2:22-cv-01613-JLR**

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700