# EXHIBIT A

Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SEAGEN INC., <br><br>     Petitioner, <br><br>     v. <br><br> DAIICHI SANKYO CO., LTD., <br><br>     Respondent. | Case No. 2:22-cv-01613-JLR <br><br> **SEAGEN INC.'S [PROPOSED] ORDER REGARDING A BRIEFING SCHEDULE** |

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
Case No. 2:22-CV-01613-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Based on the Parties' Supplemental Response, and the records and files herein:

IT IS HEREBY ORDERED:

1. Seagen's second petition to vacate (Dkt. 78) shall be noted on the Court's calendar for Friday, February 16, 2024.

2. On or before Thursday, January 18, 2024, DSC shall submit its response to Seagen's petition to vacate and cross-motion to confirm the arbitration award.

3. On or before Thursday, February 15, 2024, Seagen shall submit its reply in support of its second petition to vacate.

It is so ORDERED.

Dated this _____ day of _____, 2023

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE                1.
Case No. 2:22-CV-01613-JLR

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Presented by:

/s/Christopher B. Durbin
Christopher B. Durbin (WSBA No. 41159)
COOLEY LLP
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Michael A. Jacobs (*pro hac vice*)
Matthew A. Chivvis (*pro hac vice*)
Matthew I. Kreeger (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel.: (415) 268-7000
Fax: (415) 268-7522
Email: MJacobs@mofo.com
       MChivvis@mofo.com
       MKreeger@mofo.com

Evelyn L. Chang (*pro hac vice*)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Tel.: (650) 813-5600
Fax: (650) 494-0792
Email: EvelynChang@mofo.com

Hui Zhao (*pro hac vice*)
MORRISON & FOERSTER LLP
701 Brazos Street Suite 1100
Austin, Texas 78701-3232
Tel.: (512) 767-0324
Fax: (650) 494-0792
Email: HZhao@mofo.com

Attorneys for Petitioner SEAGEN INC.

[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
Case No. 2:22-CV-01613-JLR

2.

COOLEY LLP
1700 SEVENTH AVE., SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700