THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
9                                        AT SEATTLE

10   SEAGEN INC.,                                    No. 2:22-cv-01613-JLR

                              Petitioner,
11
                                                     **DSC'S SUPPLEMENTAL RESPONSE TO**
     v.                                              **COURT'S DECEMBER 5, 2023 ORDER**
12

13   DAIICHI SANKYO CO., LTD.,

14                            Respondent.

15          Pursuant to the Court's December 5, 2023 Order (Dkt. 83), Petitioner Seagen Inc.

16   ("Seagen") and Respondent Daiichi Sankyo Company, Limited ("DSC") (collectively, the

17   "Parties") met and conferred regarding a briefing schedule for Seagen's second petition to vacate

18   the award entered in the arbitration between the Parties (Dkt. 78).  During the Parties' meet and

19   confer, DSC notified Seagen that, in addition to responding to Seagen's second petition to

20   vacate, DSC intends to cross-move to confirm the arbitration award.  To avoid burdening the

21   Court with two overlapping motions, and to simplify briefing, DSC proposed a briefing schedule

22   that included DSC's cross-motion to confirm and a modest increase of the briefing word counts.

23

24

25

DSC'S SUPPLEMENTAL RESPONSE TO COURT'S
DECEMBER 5, 2023 ORDER – PAGE 1
No. 2:22-cv-01613-JLR

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2
Unfortunately, the Parties reached an impasse concerning the scope of DSC's reply brief in

support of its motion to confirm and, as a result, were unable to reach agreement on a schedule.

3
The Court directed that, in the absence of agreement on a briefing schedule, each party

4
must file its own proposed briefing schedule.  Accordingly, attached as Exhibit A is DSC's

5
proposed briefing schedule.

6

7
DATED this 14th day of December, 2023.

8

9
*s/ Steven W. Fogg*
Steven W. Fogg

10
WSBA No. 23528
sfogg@corrcronin.com

11
Jack M. Lovejoy
WSBA No. 36962

12
jlovejoy@corrcronin.com
CORR CRONIN LLP

13
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001

14
Tel.:  (206) 625-8600

15
Fax:  (206) 625-0900

16
OF COUNSEL:

17
Preston K. Ratliff II

18
prestonratliff@paulhastings.com
Dana Weir

19
danaweir@paulhastings.com
Amanda L. Pober

20
amandapober@paulhastings.com
PAUL HASTINGS LLP

21
200 Park Avenue
New York, New York 10166

22
Tel.:  (212) 318-6000

23

24
Joseph R. Profaizer
joeprofaizer@paulhastings.com
Igor V. Timofeyev

25

DSC'S SUPPLEMENTAL RESPONSE TO COURT'S
DECEMBER 5, 2023 ORDER – PAGE 2
No. 2:22-cv-01613-JLR

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

igortimofeyev@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Tel.:  (202) 551-1700

*Attorneys for Respondent*
*Daiichi Sankyo Company, Limited*

DSC'S SUPPLEMENTAL RESPONSE TO COURT'S
DECEMBER 5, 2023 ORDER – PAGE 3
No. 2:22-cv-01613-JLR