THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAGEN INC.,<br><br>     Petitioner,<br><br>v.<br><br>DAIICHI SANKYO CO., LTD.,<br><br>     Respondent. | No. 2:22-cv-01613-JLR<br><br>**DSC'S [PROPOSED] ORDER REGARDING A BRIEFING SCHEDULE AND WORD COUNTS** |

Based on the Parties' responses to the Court's December 5, 2023 Order:

IT IS HEREBY ORDERED:

1. Seagen's second petition to vacate (Dkt. 78) shall be noted on the Court's calendar for Friday, February 16, 2024.

2. On or before Thursday, January 18, 2024, DSC shall submit its response to Seagen's petition to vacate and cross-motion to confirm the arbitration award. DSC's response and cross-motion shall not exceed 10,000 words.

3. DSC's cross-motion to confirm shall be noted on the Court's calendar for Friday, March 8, 2024.

DSC'S [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND WORD COUNTS – PAGE 1
No. 2:22-cv-01613-JLR

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

4. On or before Thursday, February 15, 2024, Seagen shall submit its reply in support of its second petition to vacate and response to DSC's cross-motion to confirm. Seagen's reply in support of its second petition to vacate and response to DSC's cross-motion to confirm shall not exceed 5,000 words.

5. On or before Friday, March 8, 2024, DSC shall submit its reply in support of its cross-motion to confirm. DSC's reply in support of its cross-motion to confirm shall not exceed 2,500 words. DSC's reply will be limited to issues specific to DSC's cross-motion to confirm.

IT IS SO ORDERED.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

*Presented by:*

*s/ Steven W. Fogg*
Steven W. Fogg
WSBA No. 23528
sfogg@corrcronin.com
Jack M. Lovejoy
WSBA No. 36962
jlovejoy@corrcronin.com
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel.: (206) 625-8600
Fax: (206) 625-0900

OF COUNSEL:

Preston K. Ratliff II
prestonratliff@paulhastings.com
Dana Weir
danaweir@paulhastings.com
Amanda L. Pober
amandapober@paulhastings.com

DSC'S [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE AND WORD COUNTS –
PAGE 2
No. 2:22-cv-01613-JLR

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  PAUL HASTINGS LLP
   200 Park Avenue
2  New York, New York 10166
   Tel.: (212) 318-6000
3
   Joseph R. Profaizer
4  joeprofaizer@paulhastings.com
   Igor V. Timofeyev
5  igortimofeyev@paulhastings.com
   PAUL HASTINGS LLP
6  2050 M Street NW
   Washington, DC 20036
7  Tel.: (202) 551-1700

8
   *Attorneys for Respondent*
9  *Daiichi Sankyo Company, Limited*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DSC'S [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE AND WORD COUNTS –
PAGE 3
NO. 2:22-CV-01613-JLR

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900