# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAGEN INC.,<br><br>      Petitioner,<br><br>v.<br><br>DAIICHI SANKYO CO., LTD.,<br><br>      Respondent. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 22-1613JLR |

___   **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to the court's April 1, 2024 order (4/1/24 Order (Dkt. # 121)), Petitioner Seagen Inc.'s petition to vacate the August 11, 2022 interim arbitration award and November 17, 2023 final arbitration award (together, the "Award") (Dkt. # 78) is DENIED.  Respondent Daiichi Sankyo Co., Ltd.'s ("DSC") cross-motion to confirm the Award (Dkt. # 112) is GRANTED.  The court AFFIRMS the Award and GRANTS DSC's requests for post-award prejudgment interest and postjudgment interest at the

//

appropriate rate from 28 U.S.C. § 1961(a).  The court DENIES DSC's request for additional costs and fees incurred during the district court proceedings.

Filed this 1st day of April, 2024.

                                                      RAVI SUBRAMANIAN
                                                      Clerk of Court

                                                      s/ Ashleigh Drecktrah
                                                      Deputy Clerk